Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Darnell Spears appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2254 (2000) petition challenging the revocation of his state parole. Because the district court subsequently vacated the order and has reinstated Spears' § 2254 proceeding, we deny a certificate of appealability and dismiss this appeal. In light of this disposition, we deny Spears' motion to remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

**Larry Darnell SPEARS, Petitioner— Appellant,**

v.

**DIRECTOR, VIRGINIA DEPART- MENT OF CORRECTIONS, Respondent—Appellee.**

No. 04–7768.

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2005.

Decided: June 28, 2005.

Larry Darnell Spears, Appellant Pro Se.